UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENT W. GAIN, SR.,

    Plaintiff,

v.                                                       Case No. 8:20-cv-680-KKM-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand. (Doc. 23). The Magistrate Judge took this motion under advisement and recommends granting the motion, reversing the Commissioner's decision denying Plaintiff's application for social security disability benefits, and remanding to the Commissioner for further administrative proceedings under 42 U.S.C. § 405(g). (Doc. 24). The fourteen-day deadline for either party to object to the Magistrate Judge's report has passed, and neither has filed an objection. As a result, and for the reasons stated in the Magistrate Judge's report, the following is **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) is **GRANTED**.

2. The Commissioner's decision denying Plaintiff's application for social security disability insurance benefits is **REVERSED**.

3. The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the reasons stated in the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) and the Magistrate Judge's Report (Doc. 24).

4. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor, terminate any pending motions and deadlines, and close this case.

**ORDERED** in Tampa, Florida, on March 1, 2021.

*[signature]*

Kathryn Kimball Mizelle
United States District Judge